Brooklyn Warehouse & Dry Dock Company against the Brooklyn Dock & Terminal Company. No opinion. Judgment affirmed, with costs.

---

BRUYERE, Respondent, v. WARD, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Walter R. Bruyere against Edwin T. Ward and others. E. Norton, for appellant. L. J. Vorhaus, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

BULL, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by Harcourt Bull against the Interurban Street Railway Company. B. H. Ames, for appellant. H. Bull, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

BURDICK, Appellant, v. ALBANY RY., Respondent. (Supreme Court, Appellate Division, Third Department. December 1, 1903.) Action by Bainbridge W. Burdick against the Albany Railway. No opinion. Judgment and order unanimously affirmed, with costs.

---

BUSKIRK et al., Respondents, v. FORTE, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Rose Mary Buskirk and Rose Margaret Claesgens against Erastus R. Forte. No opinion. Judgment unanimously affirmed, with costs.

---

In re BUTT. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) In the matter of the probate of the last will and testament of George Butt, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs.

---

BUTTERLY v. DEERING (two cases). (Supreme Court, Appellate Division, First Department. November 13, 1903.) Action by James N. Butterly against James A. Deering. No opinion. Motion denied.

---

CALDWELL et al., Respondents, v. LABAREE et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by Howard Caldwell and others against J. Walter Labaree and others. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

---

CALDWELL et al., Respondents, v. LABAREE et al., Appellants. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Howard Caldwell and others against J. Walter Labaree and others. T. J. McManus and W. G. Woods, for appellants. S. Cox, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 82 N. Y. Supp. 865.

---

CAMPO, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Annie Campo against the Metropolitan Street Railway Company. A. Ofner, for appellant. N. L. Keach, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $687.27, in which case, judgment as so modified and the order appealed from are affirmed, without costs.

---

In re CARMAN. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) In the matter of the application of William Carman, as executor of the last will and testament of Charles B. Carman, deceased, for leave to commence an action for the dissolution of the New York Phonograph Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re CARR. (Supreme Court, Appellate Division, Second Department. November 25, 1903.) In the matter of the application of Reid L. Carr for admission to the bar. No opinion. Application granted.

---

CASELLI, Respondent, v. FRANCHI, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Raffaello Caselli against Angela Franchi. C. G. Moritz, for appellant. A. M. Yuzzolino, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

CATLIN, Appellant, v. REA et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Harriet N. Catlin against Samuel Rea and another.
PER CURIAM. Judgment and order affirmed, with costs. See 71 N. Y. Supp. 1177.
STOVER, J., not voting.

---

CENCIE, Appellant, v. FORTE, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Mary Cencie, an infant, by guardian, etc., against Leonaldo Forte.
PER CURIAM. Judgment and order affirmed, with costs.
STOVER, J., not voting.

---

CENTRAL TRUST CO. OF NEW YORK, Respondent, v. MANHATTAN TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by the Central Trust Company of New York against the Manhattan Trust Company. No opinion. Motion denied, with $10 costs.

---

CHAMBERLAIN, Respondent, v. IBA, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Emily Chamberlain against Caspar Iba. S. L. Samuels, for appellant. G. Putzel, for respondent. No opinion. Judgment affirmed, with costs.